IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

## CRIMINAL MINUTES - Status Conference

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOREMOST MACHINING COMPANY, )<br>INC., )<br>)<br>Defendant. | **COURT MINUTES**<br>BEFORE: John R. Tunheim<br>U.S. District Judge<br><br>Case No: 06-196(3) (JRT/JSM)<br>Date: 10/20/09<br>Court Reporter: Kristine Mousseau<br>Tape Number:<br>Time Commenced: 2:40 pm<br>Time Concluded: 2:47 pm<br>Time in Court: 7 Minutes |

## APPEARANCES:

Plaintiff: Joe Dixon, Assistant U.S. Attorney
Defendant(s): no appearance

## MINUTES:

☒ On Motion of the Gov't., **all Counts are DISMISSED** as to this defendant only.

☒ The following pending motions are **DENIED** as moot by the Court:
183, 186, 193, 195, 215, 217, 219, 235, 243, 268, 274, 277, 281, 291, 309, 314

s/Holly A. McLelland
Signature of Calendar Clerk