**PATRICK J. THOMAS AGENCY**
Surety Bonds & Insurance
625 2nd Avenue South, Suite #410
Minneapolis, MN 55402
Ph: (612) 339-5522  Fax: (612) 349-3657
Federal ID: 41-0908095

**CLIENT:**
Michael Roman Afremov
1664 Virginia Avenue South
St. Louis Park, Minnesota 55426

INVOICE
37S 105188802-200910

**Effective Date**
10/07/2009

**Court File #**
06-CR-196 (1)

**Beneficiary**

**Producer**
Richard H. Davies

| **INVOICE ITEMS** | **DATE** | **DESCRIPTION** | **AMOUNT** |
|---|---|---|---|
| 1 | 2009-10-07 | Bond Premium | $16875.00 |
| 2 | 2009-10-07 | Expense Constant | $250.00 |
| | | **Item Subtotal** | **$17125.00** |

| **PAYMENTS** | **DATE** | **CHECK NUMBER** | **AMOUNT** |
|---|---|---|---|
| 1 | 2009-10-07 | 15683 | $17125.00 |
| | | **Payment Subtotal** | **$17125.00** |

**Amount Due** <u>**$0.00**</u>

Bond Type: Supersedeas-Federal      Bond Amount: $675,000.00

Obligee:  Computer Forensic Services and Mark Lanterman

A 1.0% finance charge (minimum $2.00) will be applied monthly on all balances past the effective date.
(Please Return This Bottom Portion With Payment)

**Principal:**
Michael Roman Afremov

**Beneficiary**

**Bill To:** Frank R. Berman
       Frank R. Berman, P.A.,
       510 Marquette Avenue S., #200
       Minneapolis, Minnesota 55402

**INVOICE:** 37S 105188802-200910

**Due Date:** 10/07/2009

**Amount Due:** _____

**Amount Paid:** _____

**Balance:** _____